EDWARD TOTINO (SBN 169237)
edward.totino@bakermckenzie.com
NANCY NGUYEN SIMS (SBN 215869)
nancy.sims@bakermckenzie.com
PETER SHAPIRO (SBN 340226)
peter.shapiro@bakermckenzie.com
**BAKER & MCKENZIE LLP**
10250 Constellation Blvd, Suite 1850
Los Angeles, California 90067
Tel: 310.201.4728
Fax: 310.201.4721

Attorneys for Defendant
BELKIN INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIEARA MUNOZ, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>BELKIN INTERNATIONAL, INC., a Delaware corporation d/b/a WWW.BELKIN.COM,<br><br>Defendant. | CASE NO.  2:23-cv-05287<br><br>**NOTICE OF REMOVAL BY DEFENDANT BELKIN INTERNATIONAL, INC.**<br><br>(Removed from Los Angeles County Superior Court, Case No. 23STCV12438) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant BELKIN INTERNATIONAL, INC., a Delaware corporation, ("Defendant") hereby removes this action to this Court pursuant to 28 U.S.C. §1441(a) and 1446. This action was originally filed in the Superior Court of California in the County of Los Angeles and assigned Case No. 23STVC12438 ("State Court Action"). The grounds for removal are set forth herein.

**I.   BACKGROUND**

On June 2, 2023, Plaintiff Cieara Munoz ("Plaintiff") commenced a putative class action in the Superior Court of the State of California for the County of Los Angeles. True and correct copies of the state court docket, as well as the Complaint, Summons and other filings are attached hereto as **Exhibits A-H**. The Complaint seeks statutory damages pursuant to the Video Privacy Protection Act of 1988, 18 U.S.C. § 2710 ("VPPA"). (*See* Exhibit D.)

The proposed class consists of "[a]ll persons within the United States who played video content on The Website and whose PII was disclosed by Defendant to any third party during the two years preceding the filing of this action." (Exhibit D, ¶ 22.)

The Complaint was served by process server on Defendant's registered agent for service on June 7, 2023. Defendant has not filed an Answer or responsive pleading to the Complaint.

**II.   THIS COURT HAS ORIGINAL JURISDICTION**

This Court has original jurisdiction based on the existence of a federal question. Defendant removes the State Court Action pursuant to 28 U.S.C. §1441(d), which provides that "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such

action is pending." 28 U.S.C. §1441(d). This statute permits Defendant to remove the State Court Action from the California state court to this Court.

Here, Plaintiff's Complaint alleges that Defendant violated the VPPA by purportedly collecting information, including personal identifying information ("PII"), relating to visitors who watch videos on Defendant's website, and disclosing that PII to Google. (Exhibit D, §§6-21.) Because the VPPA is a federal statute over which this Court has original jurisdiction, removal of this action is proper.

### III. THIS NOTICE OF REMOVAL IS TIMELY

Plaintiff served this Complaint on Defendants on June 7, 2023. Therefore, this Notice of Removal is timely because it is being filed within thirty (30) days after service of the initial pleading which sets forth the removable claim. 28 U.S.C. § 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (holding that the thirty-day deadline to remove commences upon service of the summons and complaint).

### IV. CONCLUSION

Based on the foregoing, Defendant respectfully submits that the above facts demonstrate that this Court can exercise original jurisdiction over this action and hereby removes this action.

Dated: July 3, 2023                **BAKER & MCKENZIE LLP**

By: /s/ *Edward Dean Totino*
    EDWARD DEAN TOTINO
    NANCY NGUYEN SIMS
    *Attorneys for Defendant*
    BELKIN INTERNATIONAL, INC.